

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-18-00384-CR

The **STATE** of Texas,
Appellant

v.

Desiree Renee **GOMEZ,**
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 542323
Honorable John Longoria, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
             Beth Watkins, Justice
             Liza Rodriguez, Justice

The trial court has filed findings of fact and conclusions of law. We therefore ORDER this appeal reinstated on this court's active docket.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court